1  McGREGOR W. SCOTT
   United States Attorney
2  PHILIP A. SCARBOROUGH (SBN 254934)
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5  Philip.Scarborough@usdoj.gov

6  Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDO YAHRA MOHAMED, <br><br>  Plaintiff, <br><br> v. <br><br> UNITED STATES, <br><br>  Defendant. | CASE NO. 2:18-CV-02303-TLN-EFB PS <br><br> [~~PROPOSED~~] ORDER |

Before the Court is the United States' request to continue the time to respond to the complaint. Good cause appearing, the request is GRANTED. Additional time is necessary to allow the United States to finish compiling and reviewing the administrative record relating to the actions challenged in the complaint.

The United States shall respond to the complaint, by motion or otherwise, on or before November 18, 2019.

IT IS SO ORDERED.

Dated: October 2, 2019.

_____
HON. EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

[~~PROPOSED~~] ORDER